IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:03CR334-1 |
| ) | |
| SHARON DENISE HOGGARD, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| OASIS OUTSOURCING V, INC., ) | |
| ) | |
| Garnishee. ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 21, 2007, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant Hoggard's request for hearing [Pleading No. 7] be **DENIED**, and that there be issued an Order to Garnishee, ordering the payment of $194.55, or twenty-five percent (25%) of Defendant's net earnings, retroactive to the date of the Writ of Continuing Garnishment, per pay period, to the government.

This the day of January 25, 2008

　　　　　　　　　　　　　　　　　　　　/s/ N. Carlton Tilley, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge